UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re JERRY STANLEY,  　　　　　　　　No. C 12-2857 PJH (PR)

　　　　　Plaintiff.　　　　　　　　　　**ORDER OF DISMISSAL**

　　　　　　　　　　　　　　　/

　　　　This case was opened when plaintiff, a death row inmate, sent the court copies of various letters and documents involving loss of property, medical, issues, and other matters.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given thirty days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

　　　　No response has been received.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: July 24, 2012.　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.12\STANLEY2857.dsm-ifp.wpd